UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

| | |
|---|---|
| ABKCO MUSIC, INC., COLGEMS-EMI MUSIC INC., EMI ALGEE MUSIC CORP., EMI APRIL MUSIC INC., EMI BLACKWOOD MUSIC INC., EMI CONSORTIUM MUSIC PUBLISHING, INC. d/b/a EMI FULL KEEL MUSIC, EMI CONSORTIUM SONGS, INC. d/b/a EMI LONGITUDE MUSIC, EMI FEIST CATALOG INC., EMI ROBBINS CATALOG INC., EMI UNART CATALOG INC., JOBETE MUSIC CO., INC., SCREEN-GEMS-EMI MUSIC INC., STONE AGATE MUSIC, STONE DIAMOND MUSIC CORP., IMAGEM MUSIC LLC, PEER INTERNATIONAL CORPORATION, PSO LIMITED, PEERMUSIC LTD., PEERMUSIC III, LTD., SONGS OF PEER, LTD., SPIRIT CATALOG HOLDINGS S.A.R.L., SPIRIT TWO MUSIC, INC., WARNER-TAMERLANE PUBLISHING CORP. and WB MUSIC CORP., <br><br>              Plaintiffs/Counterclaim-Defendants, <br><br>      -against- <br><br> WILLIAM SAGAN, NORTON LLC, BILL GRAHAM ARCHIVES, LLC d/b/a WOLFGANG'S VAULT, BILL GRAHAM ARCHIVES, LLC d/b/a CONCERT VAULT, BILL GRAHAM ARCHIVES, LLC d/b/a MUSIC VAULT and BILL GRAHAM ARCHIVES, LLC d/b/a DAYTROTTER, <br><br>            Defendants/Counterclaim-Plaintiffs. | Case No. 15 Civ. 04025 (ER) (HBP) <br><br> Hon. Henry B. Pitman <br><br> **DECLARATION OF TAL E. DICKSTEIN ATTACHING AMENDED EXHIBIT A TO PLAINTIFFS' COMPLAINT** |

----------------------------------------------------------X

BILL GRAHAM ARCHIVES, LLC d/b/a
WOLFGANG'S VAULT, BILL GRAHAM
ARCHIVES, LLC d/b/a CONCERT VAULT,
BILL GRAHAM ARCHIVES, LLC d/b/a

| | |
|---|---|
| MUSIC VAULT and BILL GRAHAM ARCHIVES, LLC d/b/a DAYTROTTER, | : <br> : <br> : |
| Third-Party Plaintiffs, | : <br> : |
| -against- | : <br> : |
| THE NATIONAL MUSIC PUBLISHERS' ASSOCIATION, and DAVID ISRAELITE | : <br> : <br> : |
| Third-Party Defendants. | : |

-------------------------------------------------------- X

I, TAL E. DICKSTEIN, hereby declare as follows under penalty of perjury pursuant to 28 U.S.C. § 1746.

1. I am a member of Loeb & Loeb LLP, attorneys for Plaintiffs/Counterclaim-Defendants and Third-Party Defendants. I am fully familiar with the facts set forth herein, and respectfully submit this Declaration for the purpose of filing Amended Exhibit A to Plaintiffs' Complaint.

2. Pursuant to the Stipulation and Order Regarding Filing of Amended Exhibit A to Plaintiffs' Complaint (Dkt. No. 42) (the "Order"), an amended version of Exhibit A to the Complaint in this action ("Amended Exhibit A") was deemed filed as of April 11, 2016, though it was not attached to the Order when the Order was filed. (*See* Dkt. No. 42).

3. Accordingly, attached hereto as Exhibit 1 is a true and correct copy of Amended Exhibit A.

Dated: New York, New York
April 12, 2016

*/s/ Tal E. Dickstein*
TAL E. DICKSTEIN