USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/23/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABKCO MUSIC, INC. *et al.*,

                Plaintiffs,

– against –

WILLIAM SAGAN, *et al.*,

                Defendants.

**ORDER**

15 Civ. 4025 (ER)

RAMOS, D.J.:

    For the reasons stated on the record at the June 20, 2017 conference, Defendants' objections to Magistrate Judge Pitman's February 15, February 16, and May 2 Orders are OVERRULED. Further, the briefing schedule for the parties' motions for summary judgment is STAYED pending resolution of the discovery disputes before Magistrate Judge Pitman.

    It is SO ORDERED.

Dated: June 23, 2017
       New York, New York

                                        Edgardo Ramos, U.S.D.J.