# ABKCO MUSIC, INC. v. WILLIAM SAGAN
## Case No. 15 Civ. 04025 (ER) (HBP)

# Ashby Declaration Exhibit 43

Page 3

# Certificate
## Registration of a Claim to Copyright

In a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

This is To Certify that the statements set forth in this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*
Register of Copyrights
United States of America

**FORM E**
CLASS: **E**
REGISTRATION NO.: **Ep 251543**
DO NOT WRITE HERE

**1. Copyright Claimant(s) and Address(es):**

Name: BIG SEVEN MUSIC CORP.
Address: 17 WEST 60th STREET, NEW YORK, N.Y. 10023

Name: _____
Address: _____

**2. Title:** "CRIMSON AND CLOVER"
(Title of the musical composition)

**3. Authors:**

Name: PETER LUCIA
(Legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. X   Other _____ (Name of country)
Domiciled in U.S.A. Yes X  No ___
Address: C/O BIG SEVEN MUSIC CORP.
Author of: WORDS & MUSIC
(State which: words, music, arrangement, etc.)

Name: TOMMY JAMES
(Legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. X   Other _____ (Name of country)
Domiciled in U.S.A. Yes X  No ___
Address: C/O BIG SEVEN MUSIC CORP.
Author of: WORDS & MUSIC
(State which: words, music, arrangement, etc.)

Name: _____
Citizenship: U.S.A. ___  Other _____
Domiciled in U.S.A. Yes___ No___ Address: _____
Author of: _____

**4. (a) Date of Publication:**

October 29, 1968
(Month)  (Day)  (Year)

**(b) Place of Publication:**

UNITED STATES AND CANADA SIMULTANEOUSLY
(Name of country)

**5. Previous Registration or Publication:**

Was work previously registered? Yes ___ No ___ Date of registration _____ Registration number _____
Was work previously published? Yes ___ No ___ Date of publication _____ Registration number _____
Is there any substantial NEW MATTER in this version? Yes ___ No ___ If your answer is "Yes," give a brief general statement of the nature of the NEW MATTER in this version.

EXAMINER

*Complete all applicable spaces on next page*

CONFIDENTIAL                                                                                                       PLAINTIFFS0001622

6. Deposit account:

BIG SEVEN MUSIC CORP.

7. Send correspondence to:

Name _____ Address _____

8. Send certificate to:

(Type or print name and address)

Name: BIG SEVEN MUSIC CORP.
Address: 17 WEST 60th STREET
(Number and street)
NEW YORK, N.Y. 10023
(City) (State) (ZIP code)

## Information concerning copyright in musical compositions

*When To Use Form E.* Form E is appropriate for unpublished and published musical compositions by authors who are U.S. citizens or domiciliaries, and for musical compositions first published in the United States.

*What Is a "Musical Composition"?* The term "musical composition" includes compositions consisting of music alone, or of words and music combined. It also includes arrangements and other versions of earlier compositions, if new copyrightable work of authorship has been added.

—*Song Lyrics Alone.* The term "musical composition" does not include song poems and other works consisting of words without music. Works of that type are not registrable for copyright in unpublished form.

—*Sound Recordings.* Phonograph records, tape recordings, and other sound recordings are not regarded as "copies" of the musical compositions recorded on them, and are not acceptable for copyright registration. For purposes of deposit, the musical compositions should be written in some form of legible notation. If the composition contains words, they should be written above or beneath the notes to which they are sung.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished musical compositions

*How To Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, one complete copy of the musical composition, an application Form E, properly completed and signed, and a fee of $6. Manuscripts are not returned, so do not send your only copy.

*Procedure To Follow If Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published musical compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Limited distribution of so-called "professional" copies ordinarily would not constitute publication. However, since the dividing line between a preliminary distribution and actual publication may be difficult to determine, it is wise for the author to affix notice of copyright to copies that are to be circulated beyond his control.

*How To Secure Copyright In a Published Musical Composition:*
1. *Produce copies with copyright notice,* by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection for a published work, it is essential that all copies published in the United States contain the statutory copyright notice. This notice shall appear on the title page or first page of music and must consist of three elements:
1. *The word "Copyright,"* the abbreviation "Copr.," or the symbol ©. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.
2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published version, it should include both dates.
3. *The name of the copyright owner (or owners).* Example: © John Doe 1966.

NOTE: If copies are published without the required notice, the right to secure copyright is lost and cannot be restored.

FOR COPYRIGHT OFFICE USE ONLY

Application received
OCT 30 1968

One copy received

Two copies received
OCT 30 1968

Fee received

Jan. 1968—230,000

Page 4