# ABKCO MUSIC, INC. v. WILLIAM SAGAN
## Case No. 15 Civ. 04025 (ER) (HBP)

# Dickstein Declaration
# Exhibit 54

| | **Plaintiffs' Musical Work** | **Defendants Exploited at Least One Recording Not Listed on HFA0000010** |
|---|---|---|
| 1 | 5:15 | Yes |
| 2 | 1921 | Yes |
| 3 | A Good Hearted Woman | Yes |
| 4 | A Little is Enough | Yes |
| 5 | A Man is a Man | Yes |
| 6 | Acid Queen | No |
| 7 | After the Fire | No |
| 8 | Amazing Journey | Yes |
| 9 | Angel Flying Too Close to the Ground | Yes |
| 10 | Animals | Yes |
| 11 | Athena | Yes |
| 12 | Baba O'Riley | Yes |
| 13 | Basket Case | Yes |
| 14 | Behind Blue Eyes | Yes |
| 15 | Bell Boy | Yes |
| 16 | Besame Mucho | Yes |
| 17 | Black Dog | Yes |
| 18 | Blue Moon | Yes |
| 19 | Born to Lose | Yes |
| 20 | Born Under Punches (The Heat Goes On) | Yes |
| 21 | Brian Wilson | Yes |
| 22 | Brown Sugar | Yes |
| 23 | Burnout | Yes |
| 24 | Carnival of Sorts (Boxcars) | Yes |
| 25 | Chapel of Love | Yes |
| 26 | Chicken Shack Boogie | Yes |
| 27 | Christmas | Yes |
| 28 | Chump | Yes |
| 29 | Cities | Yes |
| 30 | Come On | Yes |
| 31 | Cook's County (Cooks County) | Yes |
| 32 | Crimson and Clover | No |
| 33 | Crosseyed and Painless | Yes |
| 34 | Cry If You Want | Yes |
| 35 | Dancing In The Streets | Yes |
| 36 | Daydream Believer | Yes |
| 37 | Do you think its alright | No |
| 38 | Doctor Jimmy (Dr. Jimmy) | Yes |
| 39 | Don't Try To Make Me Real | Yes |
| 40 | Drowned | Yes |
| 41 | Drugs | Yes |
| 42 | Drugs (Electricity) | Yes |
| 43 | Early Morning Dreams | Yes |
| 44 | Edelweiss | Yes |

| | **Plaintiffs' Musical Work** | **Defendants Exploited at Least One Recording Not Listed on HFA0000010** |
|---|---|---|
| 45 | Eminence Front | Yes |
| 46 | Ends | Yes |
| 47 | English Boy | Yes |
| 48 | F.O.D. | Yes |
| 49 | Face The Face | Yes |
| 50 | Fake It | Yes |
| 51 | Fire & Rain (Fire and Rain) | Yes |
| 52 | Gardening at Night | Yes |
| 53 | Georgia On My Mind | Yes |
| 54 | Gimme Shelter | Yes |
| 55 | Give Blood | No |
| 56 | Go to the Mirror! | No |
| 57 | Goodbye Daughters of the Revolution | Yes |
| 58 | Harborcoat | Yes |
| 59 | Helpless Dancer | Yes |
| 60 | High Head Blues | Yes |
| 61 | Honky Tonk Woman | Yes |
| 62 | Hot to Death | Yes |
| 63 | Houses in Motion | Yes |
| 64 | How Sweet It Is | Yes |
| 65 | Hyena | Yes |
| 66 | I Am Afraid | Yes |
| 67 | I am the Sea | No |
| 68 | I Can't Cry Hard Enough | Yes |
| 69 | I Don't Even Know Myself | Yes |
| 70 | I Feel The Earth Move | Yes |
| 71 | I Have Dreamed | Yes |
| 72 | I Heard It Through The Grapevine | Yes |
| 73 | I Second That Emotion | Yes |
| 74 | I Want That Thing | Yes |
| 75 | I Zimbra | Yes |
| 76 | If I Had $1,000,000 | Yes |
| 77 | I'm A Ding Dong Daddy | Yes |
| 78 | I'm Free | No |
| 79 | I'm One | Yes |
| 80 | It Makes No Difference | Yes |
| 81 | It's All Been Done | Yes |
| 82 | It's a Boy/Overture | Yes |
| 83 | It's Hard | Yes |
| 84 | It's The Same Old Song | Yes |
| 85 | It's Too Late | Yes |
| 86 | Jealous Again | Yes |
| 87 | Join Together | Yes |
| 88 | Jumpin' Jack Flash | Yes |
| 89 | Keep Me Turning | Yes |

| | **Plaintiffs' Musical Work** | **Defendants Exploited at Least One Recording Not Listed on HFA0000010** |
|---|---|---|
| 90 | King Harvest | Yes |
| 91 | Lady Marmalade | Yes |
| 92 | Let It Bleed | Yes |
| 93 | Let's Get Pretentious | Yes |
| 94 | Let's See Action | Yes |
| 95 | Let's Spend The Night Together | Yes |
| 96 | Letter Never Sent | Yes |
| 97 | Little America | Yes |
| 98 | Little Billy | No |
| 99 | Long Live Rock | Yes |
| 100 | Longview | Yes |
| 101 | Louie Louie | Yes |
| 102 | Love Ain't For Keeping | Yes |
| 103 | Love On The Air | Yes |
| 104 | Love Reign O'er Me | Yes |
| 105 | Magic Bus | Yes |
| 106 | Me and My Uncle | Yes |
| 107 | Me and Paul | Yes |
| 108 | Meher Baba M3 | Yes |
| 109 | Melissa | Yes |
| 110 | Miracle Cure | No |
| 111 | Mony Mony | Yes |
| 112 | Moondance | Yes |
| 113 | Moonshine Whiskey | Yes |
| 114 | Movin' on Down the Line | Yes |
| 115 | My Boyfriend's Back / It's in His Kiss / Chapel of Love | Yes |
| 116 | My Favorite Things | Yes |
| 117 | My Funny Valentine | Yes |
| 118 | My Generation | Yes |
| 119 | My Morning Song | Yes |
| 120 | Naked Eye | Yes |
| 121 | Nine to Nine (9-9) | Yes |
| 122 | Now And Then (Reprise) | Yes |
| 123 | Oh Josephine | Yes |
| 124 | Old Man Kensey | Yes |
| 125 | Old Time Rock & Roll | Yes |
| 126 | On the Road Again | Yes |
| 127 | One Fine Day | Yes |
| 128 | Outlive The Dinosaur | Yes |
| 129 | Over The Rainbow | Yes |
| 130 | Overture | Yes |
| 131 | Oye Como Va | Yes |
| 132 | Papa Was A Rolling Stone | Yes |
| 133 | Pinball Wizard | Yes |

| | Plaintiffs' Musical Work | Defendants Exploited at Least One Recording Not Listed on HFA0000010 |
|---|---|---|
| 134 | Predictable | Yes |
| 135 | Pretty Persuasion | Yes |
| 136 | Radio Free Europe | Yes |
| 137 | Rag Mama Rag | Yes |
| 138 | Relax | No |
| 139 | Remedy | Yes |
| 140 | Rough Boys | Yes |
| 141 | Sea and Sand | Yes |
| 142 | Sea Refuses No River | No |
| 143 | Second Guessing | Yes |
| 144 | Second Hand Love | Yes |
| 145 | See Me Feel Me | Yes |
| 146 | Seeing Things | Yes |
| 147 | Seven Chinese Brothers (7 Chinese Bros.) | Yes |
| 148 | Shape I'm In | Yes |
| 149 | Sister Disco | Yes |
| 150 | Sitting Still | Yes |
| 151 | Smash the Mirror | No |
| 152 | So Far Away | Yes |
| 153 | South Central Rain | Yes |
| 154 | Sparks | No |
| 155 | Squeeze Box | No |
| 156 | Stardust | Yes |
| 157 | Stop Hurting People | No |
| 158 | Stop in the Name of Love | Yes |
| 159 | Sweet Baby James | Yes |
| 160 | Sympathy for the Devil | Yes |
| 161 | Talking in Your Sleep | No |
| 162 | Tattoo | Yes |
| 163 | Tennessee Whiskey | No |
| 164 | The Kids Are Alright | Yes |
| 165 | The Kids Are Alright | Yes |
| 166 | The Loco Motion | Yes |
| 167 | The Old Apartment | Yes |
| 168 | The Punk and the Godfather | Yes |
| 169 | The Real Me | Yes |
| 170 | The Shout | No |
| 171 | The W.S. Walcott Medicine Show | Yes |
| 172 | There's a Doctor | No |
| 173 | Thorn In My Pride | Yes |
| 174 | To All The Girls I've Loved Before | Yes |
| 175 | Tommy Can You Hear Me? | No |
| 176 | Try A Little Tenderness | Yes |
| 177 | Tupelo Honey | Yes |

|   | **Plaintiffs' Musical Work** | **Defendants Exploited at Least One Recording Not Listed on HFA0000010** |
|---|---|---|
| 178 | Under My Thumb | Yes |
| 179 | Up On The Roof | Yes |
| 180 | Walk Like an Egyptian | Yes |
| 181 | Water | Yes |
| 182 | We Gotta Get Out of This Place | No |
| 183 | Welcome to Paradise | Yes |
| 184 | We're Not Gonna Take It | Yes |
| 185 | What a Good Boy | Yes |
| 186 | What Its Like | Yes |
| 187 | When I Come Around | Yes |
| 188 | Where Did Our Love Go? | Yes |
| 189 | Where or When | Yes |
| 190 | Who Are You | Yes |
| 191 | Whoa Mule | Yes |
| 192 | Wiser Time | Yes |
| 193 | Won't Get Fooled Again | Yes |
| 194 | You Are My Sunshine | Yes |
| 195 | You Better You Bet | Yes |
| 196 | You Can't Always Get What You Want | Yes |
| 197 | You Can't Hurry Love | Yes |
| 198 | You Make Me Feel Like A Natural Woman | Yes |
| 199 | You've Lost That Lovin' Feelin' | Yes |