USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 3/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABKCO MUSIC, INC., COLGEMS-EMI MUSIC INC., EMI ALGEE MUSIC CORP., EMI APRIL MUSIC INC., EMI BLACKWOOD MUSIC INC., EMI CONSORTIUM MUSIC PUBLISHING, INC. *D/B/A* EMI FULL KEEL MUSIC, EMI CONSORTIUM SONGS, INC. *D/B/A* EMI LONGITUDE MUSIC, EMI FEIST CATALOG INC., EMI ROBBINS CATALOG INC., EMI UNART CATALOG INC., JOBETE MUSIC CO., INC., SCREEN-GEMS-EMI MUSIC INC., STONE AGATE MUSIC, STONE DIAMOND MUSIC CORP., ROGERS & HAMMERSTEIN HOLDINGS, LLC, PEER INTERNATIONAL CORPORATION, PSO LIMITED, PEERMUSIC LTD., PEERMUSIC III, LTD., SONGS OF PEER, LTD., SPIRIT CATALOG HOLDINGS S.A.R.L., TOWSER TUNES, INC., TOWSER NEWCO LTD., SPIRIT TWO MUSIC, INC., WARNER-TAMERLANE PUBLISHING CORP., *AND* WB MUSIC CORP.,

Plaintiffs,

– *against* –

WILLIAM SAGAN, NORTON LLC, BILL GRAHAM ARCHIVES, LLC *D/B/A* WOLFGANG'S VAULT, BILL GRAHAM ARCHIVES, LLC *D/B/A* CONCERT VAULT, BILL GRAHAM ARCHIVES, LLC *D/B/A* MUSIC VAULT *AND* BILL GRAHAM ARCHIVES, LLC *D/B/A* DAYTROTTER,

Defendants.

**VERDICT FORM**

15 Civ. 4025 (ER) (SLC)

**PART A**

For the 167 musical compositions as to which it has already been determined that Defendants' infringement was "willful":

1. What amount of statutory damages do you award per work? Your award must be between $750 and $150,000 per work.

ABKCO Music (10 works) — Answer: $ 1000.00 per work

Concord Music (Rodgers & Hammerstein) (5 works) — Answer: $ 1000.00 per work

Peer Music (5 works) — Answer: $ 1000.00 per work

Sony/ATV Music Publishing (for EMI Music Publishing) (23 works) — Answer: $ 1000.00 per work

Spirit Music (70 works) — Answer: $ 1000.00 per work

Warner/Chappell Music Publishing (54 works) — Answer: $ 1000.00 per work

**PART B**

For the 30 remaining musical compositions:

1. Was Defendants' infringement of Plaintiffs' copyrights: (i) *regular (neither innocent nor willful)*; (ii) *innocent*; or (iii) *willful?* (Choose one of the three options below.)

Regular ✓ Innocent ______ Willful ______

2. What amount of statutory damages do you award per work for these 30 musical compositions? If you found that Defendants' infringement was "regular," your award must be between $750 and $30,000 per work. If you found that Defendants' infringement was "innocent," your award must be between $200 and $30,000 per work. If you found that Defendants' infringement was "willful," your award must be between $750 and $150,000 per work.

Peer Music (3 works) — Answer: $ 750.00 per work

Sony/ATV Music Publishing (for EMI Music Publishing) (19 works) — Answer: $ 750.00 per work

Spirit Music (7 works) — Answer: $ 750.00 per work

Warner/Chappell Music Publishing (1 work) Answer: $ 750.00 per work

**You have completed your jury deliberations. Please sign and date below and return to the Court.**

Sharon D Thompson
Jury Foreperson

March 12, 20
Date