**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

ABKCO MUSIC, INC., COLGEMS-EMI MUSIC INC., EMI ALGEE MUSIC CORP., EMI APRIL MUSIC INC., EMI BLACKWOOD MUSIC INC., EMI CONSORTIUM MUSIC PUBLISHING, INC. d/b/a EMI FULL KEEL MUSIC, EMI CONSORTIUM SONGS, INC. d/b/a EMI LONGITUDE MUSIC, EMI FEIST CATALOG INC., EMI ROBBINS CATALOG INC., EMI UNART CATALOG INC., JOBETE MUSIC CO., INC., SCREEN- GEMS-EMI MUSIC INC., STONE AGATE MUSIC, STONE DIAMOND MUSIC CORP., IMAGEM MUSIC LLC, PEER INTERNATIONAL CORPORATION, PSO LIMITED, PEERMUSIC LTD., PEERMUSIC III, LTD., SONGS OF PEER, LTD., SPIRIT CATALOG HOLDINGS S.A.R.L., SPIRIT TWO MUSIC, INC., WARNER- TAMERLANE PUBLISHING CORP. and WB MUSIC CORP.,

                     Plaintiffs,                           15 **CIVIL** 4025 (ER) (SLC)

        -against-                          **JUDGMENT**

WILLIAM SAGAN, NORTON LLC, BILL GRAHAM ARCHIVES, LLC d/b/a WOLFGANG'S VAULT, BILL GR.ABAM ARCHIVES, LLC d/b/a CONCERT VAULT, BILL GRAHAM ARCHIVES, LLC d/b/a MUSIC VAULT and BILL GRAHAM ARCHIVES, LLC d/b/a DAYTROTTER.

                     Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Edgardo Ramos, United States District Judge, Plaintiffs have judgment in the sum of $189,500.00 as against the defendants; comprising of the following:

## PART A

For the 167 musical compositions as to which it has already been determined that Defendants' infringement was "willful":

1. What amount of statutory damages do you award per work? Your award must be between $750 and $150,000 per work.

| | |
|---|---|
| ABKCO Music (10 works) | Answer: $ 1000.00 per work |
| Concord Music (Rodgers & Hammerstein) (5 works) | Answer: $ 1000.00 per work |
| Peer Music (5 works) | Answer: $ 1000.00 per work |
| Sony/ATV Music Publishing (for EMI Music Publishing) (23 works) | Answer: $ 1000.00 per work |
| Spirit Music (70 works) | Answer: $ 1000.00 per work |
| Warner/Chappell Music Publishing (54 works) | Answer: $ 1000.00 per work |

**PART B**

For the 30 remaining musical compositions:

1. Was Defendants' infringement of Plaintiffs' copyrights: (i) *regular (neither innocent nor willful)*; (ii) *innocent*; or (iii) *willful?* (Choose one of the three options below.)

    Regular ___✓___    Innocent _____    Willful _____

2. What amount of statutory damages do you award per work for these 30 musical compositions? If you found that Defendants' infringement was "regular," your award must be between $750 and $30,000 per work. If you found that Defendants' infringement was "innocent," your award must be between $200 and $30,000 per work. If you found that Defendants' infringement was "willful," your award must be between $750 and $150,000 per work.

    Peer Music (3 works)    Answer: $ __750.00__ per work

    Sony/ATV Music Publishing (for EMI Music Publishing) (19 works)    Answer: $ __750.00__ per work

    Spirit Music (7 works)    Answer: $ __750.00__ per work

    Warner/Chappell Music Publishing (1 work)    Answer: $ __750.00__ per work

**DATED:** New York, New York
July 23, 2020

So Ordered:

_____
U.S.D.J.

**RUBY J. KRAJICK**
Clerk of Court

BY: ___Xmango___
Deputy Clerk