# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ABKCO MUSIC, INC., COLGEMS-EMI MUSIC INC., EMI ALGEE MUSIC CORP., EMI APRIL MUSIC INC., EMI BLACKWOOD MUSIC INC., EMI CONSORTIUM MUSIC PUBLISHING, INC. d/b/a EMI FULL KEEL MUSIC, EMI CONSORTIUM SONGS, INC. d/b/a EMI LONGITUDE MUSIC, EMI FEIST CATALOG INC., EMI ROBBINS CATALOG INC., EMI UNART CATALOG INC., JOBETE MUSIC CO., INC., SCREEN-GEMS-EMI MUSIC INC., STONE AGATE MUSIC, STONE DIAMOND MUSIC CORP., ROGERS & HAMMERSTEIN HOLDINGS, LLC, PEER INTERNATIONAL CORPORATION, PSO LIMITED, PEERMUSIC LTD., PEERMUSIC III, LTD., SONGS OF PEER, LTD., SPIRIT CATALOG HOLDINGS S.A.R.L., TOWSER TUNES, INC., TOWSER NEWCO LTD., SPIRIT TWO MUSIC, INC., WARNER-TAMERLANE PUBLISHING CORP. and WB MUSIC CORP.,

        Plaintiffs/Counterclaim-Defendants,

    -against-

WILLIAM SAGAN, NORTON LLC, BILL GRAHAM ARCHIVES, LLC d/b/a WOLFGANG'S VAULT, BILL GRAHAM ARCHIVES, LLC d/b/a CONCERT VAULT, BILL GRAHAM ARCHIVES, LLC d/b/a MUSIC VAULT and BILL GRAHAM ARCHIVES, LLC d/b/a DAYTROTTER,

        Defendants/Counterclaim-Plaintiffs.

-----------------------------------------------------------X

Case No. 15 Civ. 04025 (ER) (SLC)

Hon. Edgardo Ramos

**NOTICE OF MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS**

19397890

PLEASE TAKE NOTICE that, upon the Declaration of Barry I. Slotnick with exhibits thereto and the accompanying Memorandum of Law, both dated August 24, 2020, and all prior proceedings had herein, Plaintiffs, by and through their undersigned counsel, will move this Court, before the Hon. Edgardo Ramos at the Courthouse located at 40 Foley Square, New York, New York 10007, Courtroom 619, as soon as counsel may be heard and at such time as the Court directs, for an Order, pursuant to section 505 of the Copyright Act (17 U.S.C. § 505) and Rule 54(d) of the Federal Rules of Civil Procedure, for an award of costs and reasonable attorneys' fees.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b), opposition papers, if any, shall be served within fourteen (14) days hereof.

Dated: New York, New York
August 24, 2020

LOEB & LOEB LLP
By: *s/ Barry I. Slotnick*
   Barry I. Slotnick
   bslotnick@loeb.com
   Christian D. Carbone
   ccarbone@loeb.com
   Tal E. Dickstein
   tdickstein@loeb.com
   Sarah Schacter
   sschacter@loeb.com
   Priyamvada Sinha
   psinha@loeb.com
   345 Park Avenue
   New York, NY 10154
   Telephone: 212.407.4000

*Attorneys for Plaintiffs*

---

The defendants are directed to submit an opposition to both this motion for attorneys' fees and the simultaneously filed motion for a new trial, Doc. 377, by September 15, 2020. There will be no replies.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:  Aug. 25, 2020
New York, New York

2

19397890