UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABKCO MUSIC, INC, *et al.*,

                Plaintiffs,

– *against* –

WILLIAM SAGAN, *et al.*,

                Defendants.

**ORDER**

15 Civ. 4025 (ER)

RAMOS, D.J.:

        The Clerk of Court is respectfully directed to withdraw the Order of Reference to Magistrate Judge Sarah L. Cave, Doc. 38.

It is SO ORDERED.

Dated:    September 4, 2020
            New York, New York

                                                          EDGARDO RAMOS, U.S.D.J.