UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABKCO MUSIC, INC., COLGEMS-EMI MUSIC, INC., EMI ALGEE MUSIC CORP., EMI APRIL MUSIC INC., EMI BLACKWOOD MUSIC, INC., EMI CONSORTIUM MUSIC PUBLISHING, INC. d/b/a EMI FULL KEEL MUSIC, EMI CONSORTIUM SONGS, INC. d/b/a EMI LONGITUDE MUSIC, EMI FEIST CATALOG INC., EMI ROBBINS CATALOG INC., EMI UNART CATALOG, INC., JOBETE MUSIC CO., INC., SCREEN-GEMS-EMI MUSIC INC., STONE AGATE MUSIC, STONE DIAMOND MUSIC CORP., RODGERS & HAMMERSTEIN HOLDINGS LLC, PEER INTERNATIONAL CORPORATION, PSO LIMITED, PEERMUSIC LTD., PEERMUSIC III, LTD., SONGS OF PEER, LTD., SPIRIT CATALOG HOLDINGS S.A.R.L., TOWSER TUNES, INC., TOWSER NEWCO LTD., SPIRIT TWO MUSIC, INC., WARNER-TAMERLANE PUBLISHING CORP., and WB MUSIC CORP., <br><br> Plaintiffs/Counterclaim-Defendants, <br><br> – against – <br><br> WILLIAM SAGAN, NORTON LLC, BILL GRAHAM ARCHIVES, LLC d/b/a WOLFGANG'S VAULT, BILL GRAHAM ARCHIVES, LLC d/b/a CONCERT VAULT, BILL GRAHAM ARCHIVES, LLC d/b/a MUSIC VAULT, and BILL GRAHAM ARCHIVES, LLC d/b/a DAYTROTTER, <br><br> Defendants/Counterclaim-Plaintiffs. | **OPINION AND ORDER** <br><br> 15 Civ. 4025 (ER) (SLC) |

RAMOS, D.J.:

      Before the Court are Plaintiffs' motions for attorneys' fees and costs and for a new trial. Docs 374, 377. For the reasons set forth in the companion Opinion, Plaintiffs' motion for attorney's fees and costs is GRANTED, but with a reduced award, and Plaintiffs' motion for a

new trial is DENIED.  The Court has provided the companion Opinion to the parties to obtain their views on whether certain materials are covered by a joint Confidentiality and Protective Order, Doc. 41.

The Clerk of the Court is respectfully directed to terminate the motions, Docs. 374, 377.

It is SO ORDERED.

Dated: November 5, 2020
New York, New York

Edgardo Ramos, U.S.D.J.