UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABKCO MUSIC, INC., COLGEMS-EMI MUSIC, INC., EMI ALGEE MUSIC CORP., EMI APRIL MUSIC INC., EMI BLACKWOOD MUSIC, INC., EMI CONSORTIUM MUSIC PUBLISHING, INC. d/b/a EMI FULL KEEL MUSIC, EMI CONSORTIUM SONGS, INC. d/b/a EMI LONGITUDE MUSIC, EMI FEIST CATALOG INC., EMI ROBBINS CATALOG INC., EMI UNART CATALOG, INC., JOBETE MUSIC CO., INC., SCREEN-GEMS-EMI MUSIC INC., STONE AGATE MUSIC, STONE DIAMOND MUSIC CORP., RODGERS & HAMMERSTEIN HOLDINGS LLC, PEER INTERNATIONAL CORPORATION, PSO LIMITED, PEERMUSIC LTD., PEERMUSIC III, LTD., SONGS OF PEER, LTD., SPIRIT CATALOG HOLDINGS S.A.R.L., TOWSER TUNES, INC., TOWSER NEWCO LTD., SPIRIT TWO MUSIC, INC., WARNER-TAMERLANE PUBLISHING CORP., and WB MUSIC CORP.,

    Plaintiffs/Counterclaim-Defendants,

v.

WILLIAM SAGAN, NORTON LLC, BILL GRAHAM ARCHIVES, LLC d/b/a WOLFGANG'S VAULT, BILL GRAHAM ARCHIVES, LLC d/b/a CONCERT VAULT, BILL GRAHAM ARCHIVES, LLC d/b/a MUSIC VAULT and BILL GRAHAM ARCHIVES, LLC d/b/a DAYTROTTER.

    Defendants/Counterclaim-Plaintiffs.

Case No: 1:15-cv-04025-ER-HBP

**NOTICE OF APPEAL**

1

NOTICE IS HEREBY GIVEN that William Sagan, Norton LLC and Bill Graham Archives, LLC, Defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit, from the District Court's order on the parties' motions for summary judgment entered in this action on the 30th day of March, 2018 (ECF No. 255) and filed on the 9th day of April, 2018 (ECF No. 262), and from the District Court's order on the Defendants' motion for reconsideration of the summary judgment order entered in this action on the 13th of March, 2019 (ECF No. 272).

Dated:  November 6, 2020

WINSTON & STRAWN, LLP

By: */s/ Michael S. Elkin*
Michael S. Elkin
Thomas Patrick Lane
200 Park Avenue
New York, NY 10166
Tel:  (212) 294-6700
Fax: (212) 294-4700
melkin@winston.com
tlane@winston.com

Erin R. Ranahan
333 S. Grand Ave
Los Angeles, CA 90071
Tel:   (213) 615-1700
Fax:   (213) 615-1600
eranahan@winston.com

*Counsel for Defendants*