UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ABKCO MUSIC, INC., COLGEMS-EMI MUSIC INC., EMI ALGEE MUSIC CORP., EMI APRIL MUSIC INC., EMI BLACKWOOD MUSIC INC., EMI CONSORTIUM MUSIC PUBLISHING, INC. d/b/a EMI FULL KEEL MUSIC, EMI CONSORTIUM SONGS, INC. d/b/a EMI LONGITUDE MUSIC, EMI FEIST CATALOG INC., EMI ROBBINS CATALOG INC., EMI UNART CATALOG INC., JOBETE MUSIC CO., INC., SCREEN-GEMS-EMI MUSIC INC., STONE AGATE MUSIC, STONE DIAMOND MUSIC CORP., RODGERS & HAMMERSTEIN HOLDINGS, LLC, PEER INTERNATIONAL CORPORATION, PSO LIMITED, PEERMUSIC LTD., PEERMUSIC III, LTD., SONGS OF PEER, LTD., SPIRIT CATALOG HOLDINGS S.A.R.L., TOWSER TUNES, INC., TOWSER NEWCO LTD., SPIRIT TWO MUSIC, INC., WARNER-TAMERLANE PUBLISHING CORP. and WB MUSIC CORP.,

    Plaintiffs/Judgment Creditors,

 -against-

WILLIAM SAGAN, NORTON LLC, BILL GRAHAM ARCHIVES, LLC d/b/a WOLFGANG'S VAULT, BILL GRAHAM ARCHIVES, LLC d/b/a CONCERT VAULT, BILL GRAHAM ARCHIVES, LLC d/b/a MUSIC VAULT and BILL GRAHAM ARCHIVES, LLC d/b/a DAYTROTTER,

    Defendants/Judgment Debtors.
-------------------------------------------------------------X

Case No. 15 Civ. 04025 (ER) (SLC)

Hon. Edgardo Ramos

**[PROPOSED] ORDER AUTHORIZING REGISTRATION OF JUDGMENTS IN OTHER DISTRICTS**

  Having considered Plaintiffs' motion (Dkt. 400-402), pursuant to 28 U.S.C. § 1963, to register in the Northern and Eastern Districts of California, the Western District of Washington,

the Northern District of Illinois, and the District of Nevada (the "Other Districts") the Judgments dated July 22, 2020 (Dkt. 373) and November 5, 2020 (Dkt. 394) (the "Judgments") and entered by this Court against Defendants William Sagan, Norton LLC and Bill Graham Archives LLC (the "Judgment Debtors"), and having ordered Judgment Debtors to show cause as to why Plaintiffs' motion should not be granted (Dkt. 404), and having considered Judgment Debtors' opposition (Dkt. 405) and all other argument and matters presented, the Court finds that Plaintiffs have demonstrated good cause to register the Judgments in the Other Districts pursuant to 28 U.S.C. § 1963.

For the foregoing reasons, it is hereby ordered that:

(1) Plaintiffs' motion to register the Judgments in the Other Districts is hereby **GRANTED** without prejudice to Plaintiffs' right to request that the Judgments be registered in additional districts upon a sufficient showing;

(2) The Clerk of the Court is respectfully directed to issue a certified copy of the Judgments in a form that may be registered in the Other Districts;

(3) The Judgments may be registered in the Other Districts without further order of the Court.

SO ORDERED.

Dated: February 25, 2021
       New York, New York

_____
Edgardo Ramos, U.S.D.J.