UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
ABKCO MUSIC, INC., COLGEMS-EMI MUSIC INC., EMI ALGEE MUSIC CORP., EMI APRIL MUSIC INC., EMI BLACKWOOD MUSIC INC., EMI CONSORTIUM MUSIC PUBLISHING, INC. d/b/a EMI FULL KEEL MUSIC, EMI CONSORTIUM SONGS, INC. d/b/a EMI LONGITUDE MUSIC, EMI FEIST CATALOG INC., EMI ROBBINS CATALOG INC., EMI UNART CATALOG INC., JOBETE MUSIC CO., INC., SCREEN-GEMS-EMI MUSIC INC., STONE AGATE MUSIC, STONE DIAMOND MUSIC CORP., RODGERS & HAMMERSTEIN HOLDINGS, LLC, PEER INTERNATIONAL CORPORATION, PSO LIMITED, PEERMUSIC LTD., PEERMUSIC III, LTD., SONGS OF PEER, LTD., SPIRIT CATALOG HOLDINGS S.A.R.L., TOWSER TUNES, INC., TOWSER NEWCO LTD., SPIRIT TWO MUSIC, INC., WARNER-TAMERLANE PUBLISHING CORP. and WB MUSIC CORP.,

        Plaintiffs/Judgment Creditors,

   -against-

WILLIAM SAGAN, NORTON LLC, BILL GRAHAM ARCHIVES, LLC d/b/a WOLFGANG'S VAULT, BILL GRAHAM ARCHIVES, LLC d/b/a CONCERT VAULT, BILL GRAHAM ARCHIVES, LLC d/b/a MUSIC VAULT and BILL GRAHAM ARCHIVES, LLC d/b/a DAYTROTTER,

        Defendants/Judgment Debtors.
------------------------------------------------------------X

Case No. 15 Civ. 04025 (ER)

Hon. Edgardo Ramos

**[PROPOSED] SECOND ORDER AUTHORIZING REGISTRATION OF JUDGMENTS IN OTHER DISTRICTS**

Having considered Plaintiffs' motion, pursuant to 28 U.S.C. § 1963, to register in the United States District Court for the District of New Jersey, the judgments dated July 22, 2020

(Dkt. 373), February 26, 2021 (Dkt. 410), and March 23, 2021 (Dkt. 427) (together, the "Judgments") and entered by this Court against Judgment Debtors William Sagan, Norton LLC and Bill Graham Archives LLC, and having ordered Judgment Debtors to show cause as to why Plaintiffs' motion should not be granted, and having considered Judgment Debtors' opposition, and all other argument and matters presented, the Court finds that Plaintiffs have demonstrated good cause to register the Judgments in the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1963.

For the foregoing reasons, it is hereby ordered that:

(1) Plaintiffs' second motion to register the Judgments is hereby **GRANTED** without prejudice to Plaintiffs' right to request that the Judgments be registered in additional districts upon a sufficient showing;

(2) The Clerk of Court is respectfully directed to issue a certified copy of the Judgments in a form that may be registered in the District of New Jersey; and

(3) The Judgments may be registered in the District of New Jersey without further order of the Court.

SO ORDERED.

Dated: April 26, 2021
New York, New York

_____
Edgardo Ramos, U.S.D.J.