UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABKCO MUSIC, INC., COLGEMS-EMI MUSIC, INC., EMI ALGEE MUSIC CORP., EMI APRIL MUSIC INC., EMI BLACKWOOD MUSIC, INC., EMI CONSORTIUM MUSIC PUBLISHING, INC. d/b/a EMI FULL KEEL MUSIC, EMI CONSORTIUM SONGS, INC. d/b/a EMI LONGITUDE MUSIC, EMI FEIST CATALOG INC., EMI ROBBINS CATALOG INC., EMI UNART CATALOG, INC., JOBETE MUSIC CO., INC., SCREEN-GEMS-EMI MUSIC INC., STONE AGATE MUSIC, STONE DIAMOND MUSIC CORP., RODGERS & HAMMERSTEIN HOLDINGS LLC, PEER INTERNATIONAL CORPORATION, PSO LIMITED, PEERMUSIC LTD., PEERMUSIC III, LTD., SONGS OF PEER, LTD., SPIRIT CATALOG HOLDINGS S.A.R.L., TOWSER TUNES, INC., TOWSER NEWCO LTD., SPIRIT TWO MUSIC, INC., WARNER-TAMERLANE PUBLISHING CORP., and WB MUSIC CORP., <br><br> Plaintiffs/Counterclaim-Defendants, <br><br> – against – <br><br> WILLIAM SAGAN, NORTON LLC, BILL GRAHAM ARCHIVES, LLC d/b/a WOLFGANG'S VAULT, BILL GRAHAM ARCHIVES, LLC d/b/a CONCERT VAULT, BILL GRAHAM ARCHIVES, LLC d/b/a MUSIC VAULT, and BILL GRAHAM ARCHIVES, LLC d/b/a DAYTROTTER, <br><br> Defendants/Counterclaim-Plaintiffs. | **ORDER MODIFYING SEALED VIEWING LEVEL** <br><br> 15 Civ. 4025 (ER) (SLC) |

RAMOS, D.J.:

      Defendants having filed a Declaration of Erin R. Ranahan (Doc. 458) and exhibits thereto

*ex parte* under seal and accessible only to the Court and the filing party, the Court respectfully

directs the Clerk of Court to modify the viewing level for Docs. 458, 458-1 and 458-2 to Selected Parties: that is, to all Plaintiffs-Counterclaim Defendants and Defendants-Counterclaim Plaintiffs.

Dated: May 6, 2021
      New York, New York

SO ORDERED:

_____
Edgardo Ramos, U.S.D.J.