UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABKCO MUSIC, INC. et al.,

                Plaintiffs,

   -v-                                     CIVIL ACTION NO. 15 Civ. 4025 (ER) (SLC)

WILLIAM SAGAN, et al.,                        **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

      A telephone conference to discuss settlement is scheduled for **Tuesday, May 21, 2024 at 11:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the conference, the parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference.

Dated:       New York, New York
               April 29, 2024

                                               SO ORDERED.

                                               **SARAH L. CAVE**
                                               **United States Magistrate Judge**