UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABKCO MUSIC, INC. et al.,

                Plaintiffs,

  -v-                                        CIVIL ACTION NO. 15 Civ. 4025 (ER) (SLC)

WILLIAM SAGAN, et al.,                           **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court congratulates the parties on their settlement in principle. In light of the settlement, the joint Letter Motion to Cancel Conference (ECF No. 497) is GRANTED, and the settlement conference scheduled for Friday, June 21, 2024 is CANCELLED. By **Wednesday, July 3, 2024**, the parties shall file a stipulation of dismissal for the attention of the Honorable Edgardo Ramos.

The Clerk of Court is respectfully directed to close ECF No. 497 and to terminate the conference scheduled for June 21, 2024.

Dated:        New York, New York
                June 12, 2024

                                                SO ORDERED.

                                                _____
                                                SARAH L. CAVE
                                                **United States Magistrate Judge**