

**TAL DICKSTEIN**
Partner

345 Park Avenue
New York, NY  10154

**Direct**   212.407.4963
**Main**    212.407.4000
**Fax**     212.407.4990
tdickstein@loeb.com

Via ECF

July 2, 2024

Hon. Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> The parties' request at ECF No. 499 is GRANTED. By **July 17, 2024**, the parties shall file a stipulation of dismissal for the attention of the Honorable Edgardo Ramos.
>
> The Clerk of Court is respectfully directed to close ECF No. 499.
>
> SO ORDERED.    7/3/2024
>
> *[signed] Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

Re:   *ABKCO Music, Inc., et al v. Sagan, et al*, Case No. 15 Civ. 4025 (ER) (SLC)

Dear Magistrate Judge Cave:

We represent Plaintiffs in this action.  We write with the consent of counsel for Defendants to request a fourteen (14) day extension of the deadline to file a stipulation of dismissal, from July 3, 2024 (Dkt. 498) to July 17, 2024.  Counsel have drafted a settlement agreement, but they need additional time to ensure that the agreement is executed by all of the parties to the case.  This is the first request for an extension of this deadline, and it will not affect any other deadlines in the case.

Respectfully yours,

*[signature]*

Tal Dickstein
Partner

239230156

Los Angeles   New York   Chicago   Nashville   Washington, DC   San Francisco   Beijing   Hong Kong   www.loeb.com

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.